IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-24-034 |
| RODNEY BURTON, | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On February 7, 2024, Defendant Rodney Burton was indicted for operating an unlicensed money transmitting business and conspiring to do the same under 18 U.S.C. § 1960. (ECF No. 16.) Presently pending before this Court is Defendant's motion to review the pretrial detention order issued by United States Magistrate Judge Erin Aslan of this Court. (ECF No. 27.) This Court held a hearing on the motion on July 8, 2024, pursuant to 18 U.S.C. § 3142(f). For the reasons set forth on the record and those that follow, Defendant's motion (ECF No. 27) is DENIED.

## BACKGROUND

On February 7, 2024, a grand jury returned an indictment charging Defendant Rodney Burton with unlawfully operating an unlicensed money transmitting business, in violation of 18 U.S.C. § 1960, and conspiracy to operate an unlicensed money transmitting business, in violation of 18 U.S.C. § 371. (ECF No. 16.) According to the indictment, Burton promoted HyperFund, an unincorporated organization which operated a purportedly legitimate decentralized finance or "DeFi" cryptocurrency investment platform, that essentially operated

1

as a Ponzi scheme.[1] (*Id.* at 2.) He accepted U.S. dollars from investors in HyperFund in the form of checks and wire transfers. (*Id.* at 7.) In exchange, Burton, for a three percent fee, transferred a purportedly equivalent amount of cryptocurrency and/or "HU" (HyperFund's purported internal currency) from his HyperFund account to the investor's HyperFund accounts. (*Id.*) He received hundreds of wire transfers and cashier's checks totaling over $7 million from individuals who wished to invest in HyperFund. (*Id.*)

On December 29, 2023, United States Magistrate Judge Charles D. Austin of the District of Maryland issued a criminal complaint charging Burton with the same charges that would eventually be set forth in the indictment: operating an unlicensed money transmitting business and conspiring to do the same. (ECF No. 1.) On January 3, 2024, Burton was arrested pursuant to the complaint at the Miami International Airport, where he was using a one-way ticket and preparing to board a flight to Dubai, United Arab Emirates. (ECF No. 31 at 3.) During his Rule 5 hearing in the Southern District of Florida, Burton was ordered detained until his initial appearance and detention hearing in the District of Maryland. (*Id.*)

On January 25, 2024, Burton appeared for his initial appearance in the U.S. District Court for the District of Maryland. (ECF No. 6.) On January 29, 2024, Burton appeared for a detention hearing in connection with the criminal complaint. (ECF No. 13.) Following that hearing, United States Magistrate Judge Erin Aslan ordered Burton detained. (ECF No. 14.)

---

[1] A network of HyperFund promoters made fraudulent promotional presentations to investors and potential investors, falsely claiming investors who purchased "memberships" would receive 0.5% to 1% daily in "passive rewards"—essentially, interest—until HyperFund doubled or tripled the investor's initial investment. (ECF No. 16 at 3.) To convince investors that HyperFund could make these daily payments, HyperFund claimed that its payments would be disbursed in part from revenues generated from large-scale crypto mining operations. (*Id.*) In fact, HyperFund did not have such operations. (*Id.*)

In her detention order, Judge Aslan found a serious risk that Burton would not appear for future proceedings. (*Id.* at 1.) Specifically, Judge Aslan found that Burton had access to a "significant amount of assets"; the weight of the evidence against Burton is strong and includes "witnesses, transaction records, [and] recorded calls"; and that Burton was arrested at an international airport with a one-way ticket to Dubai in the United Arab Emirates. (*Id.*)

On February 7, 2024, Burton was charged by indictment. (ECF No. 16.) On June 17, 2024—nearly five months after his detention hearing—Burton filed the presently pending motion for review of Judge Aslan's detention order and requested an expedited hearing. (ECF No. 27.) This Court held a hearing on the motion on July 8, 2024.

## STANDARD OF REVIEW

The Bail Reform Act provides that "if . . . the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community, such judicial officer shall order the detention of the person before trial." 18 U.S.C. § 3142(e)(1). 18 U.S.C. § 3142(g) in turn provides the factors the Court should consider, including (1) the nature and circumstances of the offense; (2) the weight of the evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person of the community posed by the defendant's release. Detention is warranted when these factors taken together indicate that there are no "conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community." *Id.* This Court reviews the magistrate judge's detention or release order de novo. *United States v. Cannon*, 711 F. Supp. 2d 602, 607 (E.D. Va. 2010).

## ANALYSIS

As stated on the record, Defendant poses an extreme flight risk. *See* 18 U.S.C. § 3142(g). In a recorded phone call from December 2023, which was played in full at the July 8, 2024, hearing, Burton told a co-conspirator that he was moving to Dubai and that he was intending to continue to participate in cryptocurrency businesses regardless of whether individuals may be "hurt" by the scheme. He also noted that "feds" were investigating him and that "it's legal to do crypto" in Dubai. Days later, Burton was arrested at the Miami International Airport with a one-way ticket to Dubai. Burton's flight risk is further supported by his financial resources that can facilitate a flight, as noted in the Government's Response. (ECF No. 31 at 7.) These facts demonstrate that Burton poses a severe flight risk. Additionally, Burton has a prior conviction under 21 U.S.C. § 846 for conspiracy to distribute cocaine. (*Id.* at 8.) This, coupled with the facts noted above with respect to his risk for flight, is relevant to Defendant's history and characteristics under 18 U.S.C. § 3142(g). Moreover, the nature and circumstances of Burton's offense are serious. *See* 18 U.S.C. § 3142(g)(1). He is alleged to have acted as an unlicensed money transmitter as part of an almost $2 billion cryptocurrency fraud scheme, taking millions of dollars in fiat currency from investors and giving them worthless cryptocurrency in return. Additionally, the weight of the evidence against Burton is strong. *See* 18 U.S.C. § 3142(g)(2). The indictment outlines evidence of hundreds of illegal money transfer transactions performed by defendant Burton, who was clearly knowledgeable about cryptocurrency and went by the professional name "Bitcoin Rodney"—a public moniker that Burton used as part of his fraud. The phone call noted above is even greater evidence against Burton.

Accordingly, having reviewed the submissions of the parties and considering the 18 U.S.C. § 3142(g) factors including the nature of the offense charged, the weight of the evidence against the defendant, the defendant's history and characteristics, and the danger he possesses to the community, Defendant's Motion for Review of Detention Order (ECF No. 27) is DENIED.

## CONCLUSION

For foregoing reasons and those stated on the record, it is this 9th day of July, 2024, hereby ORDERED that:

1. Defendant Rodney Burton's Motion for Review of Detention Order (ECF No. 27) is DENIED;

2. The Defendant be DETAINED pending trial or further order of this Court;

3. The Clerk of the Court shall transmit copies of this Memorandum Order to counsel of record.

Dated: July 9, 2024

_____
Richard D. Bennett
United States Senior District Judge