**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**　　　　　　　　　　　　　　　　　　　　　　U.S.Courthouse - Chambers 5D
**Richard D. Bennett**　　　　　　　　　　　　　　　　　　101 W. Lombard Street
**United States District Judge**　　　　　　　　　　　　Baltimore, MD 21201
**Northern Division**　　　　　　　　　　　　　　　　　　Tel:  410-962-3190
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 410-962-3177

December 19, 2024

**LETTER ORDER**

TO: COUNSEL OF RECORD

　　RE:　*USA v. Rodney Burton*
　　　　　Criminal No. RDB-24-034

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**　　　　　　　May 28, 2025 at 4:00 p.m.

**Jury Trial**　　　　　　　　　　　　June 2, 2025 at 9:30 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　/s/

　　　　　　　　　　　Richard D. Bennett
　　　　　　　　　　　United States District Judge