**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>**Richard D. Bennett**<br>**United States District Judge**<br>**Northern Division** | **U.S.Courthouse - Chambers 5D**<br>**101 W. Lombard Street**<br>**Baltimore, MD 21201**<br>**Tel:  410-962-3190**<br>**Fax: 410-962-3177** |

April 9, 2025

## LETTER ORDER

TO: COUNSEL OF RECORD

RE:   *USA v. Rodney Burton*
       Criminal No. RDB-24-034

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**          October 20, 2025 at 4:00 p.m.

**Jury Trial**                          October 27, 2025 at 9:30 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge