IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. RDB-24-34** |
| | * | |
| **RODNEY BURTON, a/k/a** | * | |
| **"BITCOIN RODNEY,"** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ****** | | |

**ORDER**

Having considered the grounds advanced in the Government's Motion to Exclude Time Under the Speedy Trial Act, and good cause having been shown in support of the relief requested by this motion, the Court, on this ____ day of April, 2025, hereby makes the following findings of fact: the Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the Defendant in a speedy trial, because the parties require a longer period than is normally afforded under the Speedy Trial Act to conduct plea discussions and to engage in pre-trial preparation in the event that no agreement is reached upon a plea and for the defense to review discovery with their client who resides out of state.

THEREFORE, IT IS HEREBY ORDERED that the Government's motion is GRANTED; and it is further ORDERED that for the reasons set forth in the Government's motion, all time from June 2, 2025, and October 27, 2025, shall be excluded from calculation of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

SO ORDERED.

4/23/25                                          /s/
Date                                  Hon. Richard D. Bennett
                                      United States District Judge