# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. RDB-24-034 |
| RODNEY BURTON, a/k/a | * | |
| "BITCOIN RODNEY," | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## MOTION TO FILE VICTIM IMPACT STATEMENTS UNDER SEAL

The United States of America, by and through undersigned counsel, hereby files this Motion to File Victim Impact Statements Under Seal.  In support of this motion, the government states as follows:

1.      The Victim Impact Statements contain personally identifying information as well as sensitive financial and health information of victims and their family members, and no reasonable alternatives to sealing are available.  Specifically, the government is concerned that without submitting the unredacted versions of the Victim Impact Statements, the Defendants and/or the Court could have trouble fully considering and/or responding to the victims' points.  Thus, the interests in sealing outweigh the interests of public disclosure.  *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2.      Counsel will file the Victim Impact Statements with the Court under seal and serve them on defense counsel in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Victim Impact Statements Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ _____
Christina A. Hoffman
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201-2692
(410) 209-4800

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

_____/s/_____
Christina A. Hoffman
Assistant United States Attorney