**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. RDB-24-034** |
| **RODNEY BURTON, a/k/a** | * | |
| **"BITCOIN RODNEY,"** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## ORDER

Upon consideration of the Government's Motion to File Victim Impact Statements Under Seal, the Court hereby finds as follows: there is good cause to grant the government's request in light of the content of the Victim Impact Statements and the information provided in the motion. The Victim Impact Statements contain sensitive information, and no reasonable alternatives to sealing are available.  Therefore, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the government's submission of Victim Impact Statements is placed under SEAL, pending further order of the Court.


Dated: July _____, 2026.


_____
Honorable Richard D. Bennett
United States District Judge